**Motion Granted; Order filed October 9, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00157-CV
_____

**JOSE DOMINGUEZ, Appellant**

**V.**

**AMERICAN EXPRESS BANK FSB, Appellee**

On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-202842

## ORDER

Appellant's brief was originally due June 1, 2018. We granted several extensions of time due to difficulties in obtaining a full reporter's record. When we granted the final extension through October 1, 2018, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On September 13, 2018, a supplemental reporter's record was filed. On October 1, 2018, appellant filed a further request for extension of time to file appellant's brief. We grant the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **October 30, 2018**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM